UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

_____

In re:

CHRISTOPHER R. DeVANY,

Debtor.

_____

Chapter 13

Case No. 10-10397-WCH

**COMPLAINT**

1. The Plaintiff, Jean Ann Schulte (the "Plaintiff"), is an individual residing in Wayland, Massachusetts, and is the non-debtor spouse of the above-captioned Debtor.

2. The Defendant Christopher DeVany (the "Defendant") is the Debtor in the above-captioned Chapter 13 case.

3. The Plaintiff and Defendant are currently parties to an action for divorce instituted in the Middlesex County Probate Court entitled "Jean Ann Schulte v. Christopher R. DeVany" (Docket No. 09D-4619-DR).

4. This Chapter 13 case was commenced by the filing on January 19, 2010 (the "Filing Date") of a Voluntary Petition for relief pursuant to Chapter 13 of Title 11 of the United States Code.

5. The Defendant, prior to the Filing Date and without the Plaintiff's knowledge or consent, withdrew approximately $152,000.00 of the Plaintiffs retirement assets from her retirement account, and created false statements which he presented to the Plaintiff in order to cover-up the unauthorized withdrawal of funds.

6. The Defendant, prior to the Filing Date and without the Plaintiff's knowledge or consent, incurred unsecured loan obligations in her name using the forged signature of the Plaintiff. More specifically, the Defendant took out a business loan from Bank of America and, upon information and belief, forged the Plaintiff's signature on a Promissory Note and subsequently, a Forbearance Agreement.

7. There is presently due Bank of America the amount of $113,000.00. Bank of America has instituted suit against the Plaintiff in State Court to collect the obligations due under the Promissory Note. In connection therewith, Bank of America relies upon the purported signature of the Plaintiff on a Promissory Note and Forbearance Agreement to establish liability. The Plaintiff denies she signed such documents.

8. The Defendant, prior to the Filing Date and without the Plaintiff's knowledge or consent, incurred unsecured obligations in her name to Capital One on account no. 5247581XXXX in the amount of $8,843.63, by use of a forged signature.

9. The Defendant, prior to the Filing Date and without the Plaintiff's knowledge or consent, incurred unsecured obligations in her name to Barclay Bank on account no. 545210000073XXXX in the amount of $18,930.00 by use of a forged signature.

## COUNT I

10. The Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 9 above as if fully set forth herein.

11. The Defendants conduct constitutes a violation of 11 U.S.C. section 523(a)(2) in that he engaged in false pretenses, false representations and/or actual fraud to the detriment of the Plaintiff.

## COUNT II

12. The Plaintiff repeats and realleges each and every allegation contained in Paragraphs 1 through 11 above as if fully set forth herein.

13. The Defendants conduct constitutes a violation of 11 U.S.C. section 523(a)(4) in that he engaged in embezzlement or larceny to the detriment of the Plaintiff.

WHEREFORE, the Plaintiff respectfully requests that this Court:

1. enter a Judgment of non-dischargeability in favor of Jean Ann Schulte and against Christopher R. DeVany in an amount to be determined by the Court as alleged in Counts I and II of the Complaint; and

2. grant such other and further relief as is just and proper.

Dated: June 4, 2010

JEAN ANN SCHULTE
By her attorney,

/s/ Bill N. Jacob, Esq.
Bill N. Jacob, Esq. (BBO #550959)
805 Turnpike Street, Suite 201
North Andover, MA 01845
(978) 683-2479